ORIGINAL



```
                    U.S. DISTRICT COURT
                  NORTHERN DISTRICT OF TEXAS
                           FILED
                         NOV 19 2008
                  CLERK, U.S. DISTRICT COURT
                  By _____ Deputy
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | No. 3-08CR 341-L |
| | § | Filed Under Seal |
| MATTHEW BAGERT | § | |

### INDICTMENT

The Grand Jury Charges:

#### Count One
Receipt of Child Pornography
(Violation of 18 U.S.C. § 2252(a)(2))

On or about January 27, 2005, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Matthew Bagert**, knowingly received a visual depiction of a minor engaged in sexually explicit conduct, the production of which involved the use of a minor engaged in sexually explicit conduct, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, to wit: **Bagert** used the internet to download the following four files that depict the lascivious exhibition of the genitals and pubic area of said minors, as defined in 18 U.S.C. § 2256:

| File name | Description of image |
|---|---|
| bsam1-26.jpg | Image depicting the lascivious exhibition of the genitals of a nude minor male standing |

| bsam1111.jpg | Image depicting the lascivious exhibition of the genitals of a nude minor male siting down |
| --- | --- |
| bsam1120.jpg | Image depicting the lascivious exhibition of the genitals of a nude minor male reclining on a bed |
| bsam2-19.jpg | Image depicting the lascivious exhibition of the genitals of a nude minor male with legs splayed open |

In violation of 18 U.S.C. § 2252(a)(2).

<u>Count Two</u>
Possession of Child Pornography
(Violation of 18 U.S.C. § 2252(a)(4)(B))

On or about February 1, 2005, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Matthew Bagert**, knowingly possessed material, specifically, a Samsung hard disk drive, that contained more than three visual depictions of minors engaged in sexually explicit conduct that had been mailed, shipped, and transported in interstate and foreign commerce, including by computer and which were produced using materials that had been mailed, transported, and shipped in interstate and foreign commerce.

Included in the images possessed by **Bagert** were the following four described computer files, which depict the lascivious exhibition of the genitals and pubic area of said minors, as defined in 18 U.S.C. § 2256:

| File name | Description of the image |
|---|---|
| bsam 2-28.jpg | lascivious exhibition of the genitals of a seated nude minor male |
| bsam 3-19.jpg | lascivious exhibition of the genitals of a nude minor male leaning against book shelves |
| bsam 3-24.jpg | lascivious exhibition of the genitals of a nude minor male |
| bsam 4-05.jpg | lascivious exhibition of the genitals of a nude prepubescent male seated on a wooden object |

  In violation of 18 U.S.C. § 2252(a)(4)(B).

A TRUE BILL

_____
FOREPERSON

RICHARD B. ROPER
UNITED STATES ATTORNEY

_____
AISHA SALEEM
Assistant United States Attorney
Texas State Bar No. 00786218
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile: 214.767.2846
Email: Aisha.Saleem@usdoj.gov

Indictment-Page 4

ORIGINAL

**SEALED**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 19 2008

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.  3-08CR 341-L

MATTHEW BAGERT (1)

SEALED INDICTMENT

18 U.S.C. § 2252(a)(2)
Receipt of Child Pornography

18 U.S.C. § 2252(a)(4)(B)
Possession of Child Pornography

2 Counts

A true bill rendered:

DALLAS _____ FOREPERSON

Filed in open court this __19__ day of _____, A.D. 2008.

_____ Clerk

Issue Arrest Warrant for MATTHEW BAGERT

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

No Pending Criminal Complaint

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

ORIGINAL

1. **Defendant Information**

    Juvenile: ☐ Yes  ☒ No

    If Yes, Matter to be sealed:

    ☒ Yes  ☐ No

    |  |  |
    |---|---|
    | Related Case Information | |
    | Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No | |
    | Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____ | |
    | Search Warrant Case Number  N/A | |
    | R 20 from District of   N/A | |
    | Magistrate Case Number  N/A | |

    Defendant Name            MATTHEW BAGERT (1)
    Alias Name                _____
    Address                   _____
                              _____

    RECEIVED NOV 19 2008
    CLERK, U.S. DISTRICT COURT
    NORTHERN DISTRICT OF TEXAS

    County in which offense was committed:  Dallas

2. **U.S. Attorney Information**

    AUSA Aisha Saleem            Bar # TX Bar No. 00786218

3. **Interpreter**

    ☐ Yes  ☒ No   If Yes, list language and/or dialect: _____

4. **Location Status**

    **Issue Arrest Warrant**

    ☐ Already in Federal Custody as of _____ in _____
    ☐ Already in State Custody
    ☐ On Pretrial Release

5. **U.S.C. Citations**

    Total # of Counts as to This Defendant: 2    ☐ Petty   ☐ Misdemeanor   ☒ Felony

    | Citation | Description of Offense Charged | Count(s) |
    |---|---|---|
    | 18 U.S.C. § 2252(a)(2) | Receipt of Child Pornography | 1 |
    | 18 U.S.C. § 2252(a)(4)(B) | Possession of Child Pornography | 2 |

    Date  11/6/08            Signature of AUSA:  Aisha Saleem